UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | No. 14 CR 103 |
| | ) | Hon. Virginia Kendall |
| GREGORY WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that GREGORY WEBB, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment announced in this action on the 1st day of March 2017, and entered on March 14, 2017, including the verdict and all Orders and entries made leading up to that final judgment.

Respectfully submitted,
GREGORY WEBB


By:     /s/ Barry Spevack
           One of his attorneys

Michael D. Monico
Barry A. Spevack
Scott J. Krischke
MONICO & SPEVACK
20 S. Clark St., Suite 700
Chicago, IL 60603
312-782-8500
bspevack@monicolaw.com
           Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

    I, Barry A. Spevack, an attorney, states that service was made on all parties through the Court's ECF Filing System on March 21, 2017:

                      By:    <u>/s/ Barry Spevack</u>